**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Pascual GARNICA, Defendant– Appellant.**

**No. 10–10578 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 2, 2010.

Stacie B. Harris, Assistant U.S. Attorney, Judy K. Hunt, A. Brian Albritton, Sijmon Alexander Gaugush, David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Daniel Lawrence Castillo, Law Office of Daniel L. Castillo, Tampa, FL, for Defendant–Appellant.

Pascual Garnica, Coleman, FL, pro se.

Before BARKETT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Daniel L. Castillo, appointed counsel for Pascual Garnica in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Garnica's conviction and sentence under Count One are **AFFIRMED.**